UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephan Jean Francois Gouaze,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Citizenship and Immigration Services et al.,<br><br>    Defendants. | 25-CV-0147 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  WHEREAS on **January 7, 2025**, Plaintiff filed a petition for writ of mandamus, and on **January 24, 2025**, counsel for Defendants appeared,

  IT IS HEREBY ORDERED that by **February 14, 2025**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. The Government shall, by **March 7, 2025**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. Plaintiff shall, by **March 21, 2025**, file any reply memorandum that shall not exceed <u>eight</u> pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

  SO ORDERED.

Dated: January 27, 2025
   New York, New York

                     DALE E. HO
                     United States District Judge